UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Wanda Sweat,<br><br>    Plaintiff,<br> v.<br><br>Consumer Portfolio Services, Inc.; and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:  3:13-cv-00415-RNC |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated May 13, 2013

                Respectfully submitted,

                PLAINTIFF, Wanda Sweat

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq.
                LEMBERG & ASSOCIATES L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By /s/ Sergei Lemberg  
                                                       Sergei Lemberg